## HUNGERFORD v. THOMSON.

IN the trial of an action by the indorsee of a note, against the original promisee, who had indorsed his name on the back of the note, leaving a blank over it; the defendant offered witnesses to prove that it was done only for the purpose of a power of attorney; and that it was not the agreement or intent of the parties, that the defendant should make himself responsible:    But the witnesses were not admitted.— And,

By the COURT.    The defendant's setting his name to the blank on the back of the note, was, according to the nature of the transaction, and the course of business, an authority to the plaintiff to write over it a power of attorney, or an assignment with warranty, at his election; and the defendant is estopped to say the contrary.

---

## ENO v. ROBERTS.

Action will lie in favor of a collector against an executor or administrator, to recover taxes due from the deceased.

ERROR from the judgment of a justice of the peace. Roberts having been a collector of taxes, brought his action on the case against Eno, executrix of the last will of Eno, deceased, to recover the amount of taxes on the bills in his hands against the deceased.

Upon demurrer to the declaration, it was objected, that no such suit could be maintained by a collector;— but the declaration was, by the justice adjudged sufficient; and the judgment here affirmed.

By the COURT.    The only matter assigned, and relied on by the plaintiff in error, is — that such action could not